ACCEPTED
06-15-00135-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/24/2015 9:00:54 AM
DEBBIE AUTREY
CLERK

No. 06-15-00135-CR

| | | |
|---|---|---|
| RASHARD RAMON MEDLOCK, | § | IN THE COURT |
| Appellant | § | OF APPEALS |
| | § | OF THE SIXTH |
| VS. | § | SUPREME JUDICIAL |
| | § | DISTRICT |
| THE STATE OF TEXAS | § | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/24/2015 9:00:54 AM
DEBBIE AUTREY
Clerk

## APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

NOW COMES RASHARD RAMON MEDLOCK, Appellant, by and through undersigned counsel, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure and voluntarily requests that this appeal be dismissed. In support of this motion, Appellant would show as follows:

After consulting with counsel, Appellant wishes to withdraw his appeal and have his appeal dismissed. A copy of Appellant's written election to dismiss his appeal is appended to this motion.

Respectfully submitted,

Phil Martinez
1105 Wooded Acres, Suite 200
Wells Fargo Bank Plaza
Waco, Texas 76710
Telephone: (254) 776-9700
Fax: (254) 741-1894
Email: martinezlaw_phil@yahoo.com

BY: ___/s/ _Phil Martinez_____
Phil Martinez
State Bar No. 13141858

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2015, a true and correct copy of the above and foregoing Motion to Dismiss Appeal was this date hand-delivered to the office of Gabe Price, Assistant District Attorney, McLennan County, 219 North 6th Street, Waco, Texas 76701.

/s/ *Phil Martinez*

Phil Martinez

NO. 2013 4066 C122

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | THE COUNTY COURT AT LAW |
| VS. | § | OF |
| ROSHARD MEDLOCK | § | McLENNAN COUNTY, TEXAS |

J.A. "ANDY" HARWELL
MCLENNAN COUNTY CLERK
2015 AUG 21 AM 10: 34

## WAIVER OF APPEAL

I, the Defendant in the above styled and numbered cause, after consultation with my attorney, in open Court, being fully aware of the sentence pronounced against me by the Court, state as follows:

I understand I have the right to file a motion for new trial and an amended motion for new trial within thirty (30) days of the entry of a Judgment and Sentence, Order Granting Probation, Order Revoking Probation or other appealable order of this Court;

I understand I have the right to request the Court's permission to appeal if the punishment assessed against me did not exceed the recommendation of the State contained in the Disclosure of Plea Agreement, if any, and I have the right to appeal matters raised by written motion and presented to and ruled upon by the Court prior to my trial;

I understand I have the right to give notice of appeal and to appeal from the Judgment, Sentence or other appealable order of this Court, unless prohibited by law from doing so;

I understand that, if I appeal and if I am indigent, I have the right to a free record and transcript, and I have the further right to court-appointed counsel to prosecute my appeal.

Knowing these rights, I expressly **WAIVE ALL RIGHTS TO APPEAL**, and I further **WAIVE** the following:

1. The right to file a motion for new trial or an amended motion for new trial;
2. The right to request permission from the trial Court to appeal;
3. The right to appeal matters raised by written motion and ruled upon prior to trial (unless reserved below);
4. The right to give notice of appeal or the right to appeal any Judgment, Sentence or other appealable order of this Court, (unless reserved below);
5. The right on appeal to a free record, a free transcript and a court-appointed attorney, if I am indigent.

_____    I hereby reserve and DO NOT WAIVE all my rights to appeal the following matter(s) raised by written motion and ruled upon by the trial Court prior to trial: _____

Signed on: _____8·21-15_____    _____Roshard R Medlock_____
Defendant's signature

I have consulted with my client and have advised him of all his/her rights on appeal. I believe my client fully understands the admonishments and is aware of the consequences of this waiver. I approve this waiver of appeal.

Date: _____8·21-15_____    _____Phil Null_____
Attorney for Defendant

It appears to the Court that the Defendant has been duly admonished regarding and understands the consequences of this waiver of appeal, and the Court, therefore, approves and accepts the Defendant's written waiver of appeal.

Date: _____8/21/15_____    _____
Judge Presiding

Waiver of Appeal                                                Rev., March, 2015

NO. __2013 4066 CR2__

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | THE COUNTY COURT AT LAW |
| VS. | § | 2015 AUG 21 OF |
| _Roshard  Medlock_ | § | McLENNAN COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT TO APPEAL

I, Judge of the trial Court, certify this criminal case:

_____ is not a plea-bargain case, and the Defendant has the right of appeal; (or)

_____ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the Defendant has the right of appeal; (or)

_____ is a plea-bargain case, but the trial Court has given permission to appeal, and the Defendant has the right of appeal; (or)

_____ is a plea-bargain case, and the Defendant has NO right of appeal; (or)

__✓__ the Defendant has waived the right of appeal.

Date: __8/21/15__

Judge Presiding

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

Date: __8 - 21- 15__

_Rashard R Medlock_
Defendant

_Phil Marti..._
Defendant's Counsel
State Bar Number: __13141858__
Printed name: __PHIL MARTINEZ__

Texas Rule of Appellate Procedure 25.2 (a) (2) states: "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case – that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the Defendant – a defendant may appeal only: (a) those matters that were raised by written motion filed and ruled on before trial, or (b) after getting the trial court's permission to appeal."